[No. 66229-5-I. Division One. December 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHIEL GLEN OAKES, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated May 18, 2015. Substitute opinion filed. See 187 Wn. App. 1028.

[No. 69746-3-I. Division One. December 22, 2014.]

CENTRALBANC MORTGAGE CORPORATION, *Appellant*, v. SOLUTIONS FINANCIAL GROUP, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-36640-9, Mary I. Yu, J., entered November 27, 2012. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Lau, JJ.

[No. 70248-3-I. Division One. December 22, 2014.]

*In the Matter of the Estate of* HOMER R. HOUSE.

LINDA MCMURTRAY ET AL., *Appellants*, v. JANET CORNELL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-4-07189-5, Richard D. Eadie, J., entered June 28, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Schindler, JJ.

[No. 70291-2-I. Division One. December 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. HITT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01438-4, Jeffrey M. Ramsdell, J., entered April 19, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Lau, JJ.